DAMIAN WILLIAMS
United States Attorney
Southern District of New York
By:   SUSAN C. BRANAGAN
Assistant U. S. Attorney
86 Chambers Street, 3rd floor
New York, NY 10007
Tel. (212) 637-2804
Email: Susan.Branagan@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                :
JOLIE D. SILVERSTEIN,                           :
                                                :
            Plaintiff,                          :    **REVISED**
                                                :    **BRIEFING SCHEDULE**
      - v. -                                    :
                                                :    21 Civ. 3207 (PED)
COMMISSIONER OF SOCIAL SECURITY,                :
                                                :
            Defendant.                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

IT IS HEREBY ORDERED that

1. Plaintiff's motion for judgment on the pleadings is due on or before May 6, 2022.

2. Defendant's response is due on or before July 5, 2022.

3. Plaintiff's reply, if any, is due on or before July 26, 2022.

NO FURTHER EXTENSIONS

SO ORDERED:

_____   3/23/22
HON. PAUL E. DAVISON
United States Magistrate Judge