UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOLIE D. SILVERSTEIN,

              Plaintiff,

    - v. -

COMMISSIONER OF SOCIAL SECURITY,

              Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**REVISED BRIEFING SCHEDULE**

21 Civ. 3207 (PED)

IT IS HEREBY ORDERED that:

1. Defendant's response to plaintiff's motion for judgment on the pleadings shall be filed by August 19, 2022.

2. Plaintiff's reply, if any, is to be filed by September 9, 2022.

SO ORDERED:

_____  8/8/22

Paul E. Davison
United States Magistrate Judge